UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-007 |
| | ) | |
| JEFFREY MICHAEL FRANK | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Shawn M. Merzlak** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Shawn M. Merzlak** be granted leave of absence for the following periods: **July 24, 2018 through July 30, 2018 and August 24, 2018 through September 4, 2018.**

This ___ day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA