IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR 118-007-001 |
| | ) | |
| JEFFREY MICHAEL FRANK | ) | |

## ORDER

The defendant, Jeffrey Michael Frank, is in the custody of the Bureau of Prisons. Esther Marie Shouse is the surety and has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by Esther Marie Shouse, plus all accrued interest thereon, be returned to Esther Marie Shouse at 104 Mustang Court, Cusseta, GA 31805.

This 29th day of March 2019 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA